# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINCON BAND OF LUISENO MISSION INDIANS OF THE RINCON RESERVATION, a/k/a RINCON SAN LUISENO BAND OF MISSION INDIANS a/k/a RINCON BAND OF LUISENO INDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor of California; WILLIAM LOCKYER, Attorney General of California; STATE OF CALIFORNIA,<br><br>Defendant. | CASE NO. 04cv1151 WMc<br><br>**ORDER SETTING TELECONFERENCE AND BRIEFING SCHEDULE** |

On December 12, 2008, the Court held a status conference in the above-entitled matter. After hearing from counsel of record, the Court issues the following orders:

1. A further status conference will be held **TELEPHONICALLY** on **December 19, 2008 at 11:30 a.m.**[1] Counsel for Defendants is ordered to contact Plaintiff's counsel on the day and at the time listed above and then initiate a joint call to the Court at (619) 557-6624.

///

///

---

[1] The Court notes that although at 4:30 p.m. start time on December 19, 2008 was discussed during the status conference, the time had to be changed due to a conflict in the Court's schedule.

2.  After a meaningful meet and confer, the parties shall submit a joint letter to chambers identifying the issues to be briefed re: licensing.  The letter may be faxed to (619) 702-9972, no later than **9:00 a.m. on the morning of December 19, 2008.**

3.  The parties will exchange opening briefs on **January 16, 2009.**

4.  The parties will exchange rebuttal briefing no later than **January 30, 2009.**

**IT IS SO ORDERED.**

DATED: December 12, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, United States District Court

COPY TO: ALL PARTIES AND COUNSEL OF RECORD